# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 11, 2008

Clifford W. Taylor,
Chief Justice

135979

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

SC: 135979
COA: 282886
Wayne CC: 06-014376

RAYMOND DESHA DAVIS,
      Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the February 22, 2008 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.

      KELLY, J., would deny leave to appeal.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 11, 2008

_____
Clerk

p0604